ACCEPTED
14-14-00934-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/27/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

No. 14-14-00934-CR

IN THE

COURT OF APPEALS

FOR THE

FOURTEENTH JUDICIAL DISTRICT OF TEXAS

AT HOUSTON

_____

LYNN ERIC CLARK

APPELLANT

vs.

THE STATE OF TEXAS

APPELLEE

_____

From the 176th District Court of Harris County, Texas
Cause No. 1370261

_____

Appellant's Second Motion for

Extension of Time to File Brief

_____

TO THE HONORABLE COURT OF APPEALS:

Comes now Kyle B. Johnson, attorney appointed to represent the appellant in these causes and files this Motion for an Extension of Time to File Appellant's Brief, and in support thereof, respectfully states to the Court as follows:

1. This appeal lies from the defendant's conviction (by jury) for Aggravated Sexual Assault of a Child in the case styled *The State of Texas v. Lynn Eric Clark*, cause number 1370261. Mr. Clark received 5 years in the Institutional Division of the Texas Department of Criminal Justice on November 4, 2014.

2.    The complete record in this case was filed on January 22, 2015 and one extension of time to file was granted.  The appellant's brief was due yesterday, April 24, 2015.  Counsel had a last minute personal issue arise and was not able to complete the appellant's brief until today.  The appellant's brief is now complete and being filed with this motion.

3.    Counsel is requesting that the due date be extended one day (until today) and that the Appellant's Brief be accepted and deemed timely filed.

GIVEN THE ABOVE, Kyle B. Johnson, attorney for Lynn Eric Clark, the appellant, prays that the due date for appellant brief be extended one day until today, April 25, 2015.

Respectfully submitted,

  /s/   Kyle B. Johnson
Kyle B. Johnson
TBN:  10763570
929 Preston, Suite 200
Houston, Texas 77002

Tel: (713) 223-4100

Fax: (713) 224-2889

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above document has been forwarded to the Harris County District Attorney's Office by hand-delivering a copy to the Fourteenth Court of Appeals on this 24th day of April, 2015.

Alan Curry
Appellate Division
Harris County District Attorney's Office
1201 Franklin, 6th Floor
Houston, Texas 77002

_/s/ Kyle B. Johnson_____
Kyle B. Johnson